```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


CLARA CUNNINGHAM-KING,            :
                                  :
     Plaintiff,                   :
                                  :
v.                                :      CIVIL ACTION 09-217-M
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
     Defendant.                   :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Clara Cunningham-King and against Defendant Michael J. Astrue.

DONE this 28th day of December, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE