```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

CLARA CUNNINGHAM KING,            :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :   CIVIL ACTION 09-0217-M
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
    Defendant.                    :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, Margaret A. Stone, be **AWARDED** an EAJA attorney's fee in the amount of $2,004.79.  No costs are taxed.

DONE this 26th day of March, 2010.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE IN THE